

FILED
7/13/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

TIMOTHY BELL,
  PLAINTIFF,

-VS-                                    CASE: 26-CV-4138

STEVE GLAZIER
  DEFENDANT.

## MOTION FOR THE APPOINTMENT OF COUNSEL

NOW COMES THE PLAINTIFF, TIMOTHY BELL, HEREIN THIS PLEA FOR REPRESENTATION, OR LEGAL COUNSEL, IN THESE PROCEEDINGS BECAUSE HE IS CRIPPLED, HANDICAPED, AND WITHOUT ACCESS TO THIS COURT, DUE TO HIS SEGREGATION 24 HOURS A DAY, AND WOULD BE PREJUDICED BY THE COURT IF SUCH PRIVILEGE WERE DENIED HIM, AND THE PLAINTIFF WOULD REMAIN WITHOUT **REMEDY** TO REDRESS HIS GRIEVANCE.

RESPECTFULLY SUBMITTED:

DATE: JULY 6th, 2026.

*Timothy Bell*

TIMOTHY BELL #868455
17019 COUNTY FARM Rd.
RushVille, Illinois, 62681

Timothy Bell
17149 County Farm Rd.
Rushville, Illinois, 62681.

RECEIVED

JUL 13 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SPRINGFIELD IL 625

8 JUL 2026    PM 2  L

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 62681
02 7H
0006083509

$ 000.74⁰

JUL 07 2026

Thomas G. Bruton
Clerk
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois, 60604.

60604-170299

"Legal mail"