

# UNITED STATES DISTRICT COURT
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                                    **312-435-5670**
**Clerk**

Date:  7/14/2026                                              Case Number: 26cv4138

Case Title: Shane Turner v. The Partnersl                     Judge: Perry

## NOTICE OF CORRECTION

The following errors/deficiencies have been identified in document # [   23                ].

■ The document is on the incorrect case. (If this is a motion, the docket clerk has termed the motion)

☐ The document is on the correct case but the case number and title do not match.

☐ The incorrect document [pdf] was linked to the entry.

☐ The incorrect file date was entered.

☐ The incorrect event was used. The title of the document does not match the text of the entry.

☐ The entry is a duplicate of entry [      ].

☐ Other:


**Corrective action taken by the Clerk:**

■ The text of the entry has been replaced with *Entered in  Error*.

☐ The following notation has been added to the text of the entry: *Linked document has the incorrect case title,* or, *Linked document has the incorrect case number*.

☐ The correct document [pdf] has been re-filed.

☐ The file date has been corrected.

☐ The text of the entry has been edited to reflect

☐ The  text of the entry has been edited to read, *Duplicate filing of document number [   ]* .

☐ Other:


**Corrective action required by the filer:**

☐ Counsel must re-file the document

☐ Other:


Thomas G. Bruton, Clerk
By:  /s/   J. Hollimon
Deputy Clerk

Rev. 8/13/18