AO 121 (Rev. 06/16)

| TO: | | REPORT ON THE |
|-----|-----|-----|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|-----|-----|
| DOCKET NO.                      DATE FILED | |

| PLAINTIFF | DEFENDANT |
|-----|-----|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|-----|-----|-----|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|-----|-----|-----|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order     ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes     ☐ No | DATE RENDERED |
|-----|-----|-----|

| CLERK | (BY) DEPUTY CLERK | DATE |
|-----|-----|-----|
| | | |

**DISTRIBUTION:**  1) Upon initiation of action,   2) Upon filing of document adding copyright(s),   3) Upon termination of action,
mail copy to Register of Copyrights     mail copy to Register of Copyrights     mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court          5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-083

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 18, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Big City Nights 2.0 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | August 23, 2012 |
| **Nation of 1st Publication:** | Canada |

## Author

| | |
|---|---|
| **Author:** | Shane Turner |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Shane Turner |
| | 515 Av. de l'Église, Dorval, H9S 1P8, Canada |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Shane Turner |
| **Email:** | info@shaneturnerart.com |
| **Address:** | 515 Av. de l'Église |
| | Dorval H9S 1P8 Canada |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 04, 2025 |
| **Applicant's Tracking Number:** | ST2025040402 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-102

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 18, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Psychameleon 3.0 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | January 11, 2013 |
| **Nation of 1st Publication:** | Canada |

## Author

| | | |
|---|---|---|
| • | **Author:** | Shane Turner |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Shane Turner |
| | 515 Av. de l'Église, Dorval, H9S 1P8, Canada |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Shane Turner |
| **Email:** | info@shaneturnerart.com |
| **Address:** | 515 Av. de l'Église |
| | Dorval H9S 1P8 Canada |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 04, 2025 |
| **Applicant's Tracking Number:** | ST2025040404 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-073

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 18, 2025

## Title
 

| | |
|---|---|
| **Title of Work:** | Psychameleon 5.1 (RMX) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | July 07, 2014 |
| **Nation of 1st Publication:** | Canada |

## Author

| | | |
|---|---|---|
| • | **Author:** | Shane Turner |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Shane Turner<br>515 Av. de l'Église, Dorval, H9S 1P8, Canada |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Shane Turner |
| **Email:** | info@shaneturnerart.com |
| **Address:** | 515 Av. de l'Église<br>Dorval H9S 1P8 Canada |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 04, 2025 |
| **Applicant's Tracking Number:** | ST2025040407 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-074

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 18, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Psychameleon 6.0 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | July 08, 2014 |
| **Nation of 1st Publication:** | Canada |

## Author

| | |
|---|---|
| • **Author:** | Shane Turner |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Shane Turner |
| | 515 Av. de l'Église, Dorval, H9S 1P8, Canada |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Shane Turner |
| **Email:** | info@shaneturnerart.com |
| **Address:** | 515 Av. de l'Église |
| | Dorval H9S 1P8 Canada |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 04, 2025 |
| **Applicant's Tracking Number:** | ST2025040408 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-087

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 18, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Psychameleon 5.0 (White RMX) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | July 10, 2013 |
| **Nation of 1st Publication:** | Canada |

## Author

| | |
|---|---|
| • **Author:** | Shane Turner |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Shane Turner |
| | 515 Av. de l'Église, Dorval, H9S 1P8, Canada |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Shane Turner |
| **Email:** | info@shaneturnerart.com |
| **Address:** | 515 Av. de l'Église |
| | Dorval H9S 1P8 Canada |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 04, 2025 |
| **Applicant's Tracking Number:** | ST2025040406 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-085

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 18, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Music In Motion 3.0 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | February 03, 2020 |
| **Nation of 1ˢᵗ Publication:** | Canada |

## Author

| | |
|---|---|
| **Author:** | Shane Turner |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Shane Turner |
| | 515 Av. de l'Église, Dorval, H9S 1P8, Canada |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Shane Turner |
| **Email:** | info@shaneturnerart.com |
| **Address:** | 515 Av. de l'Église |
| | Dorval H9S 1P8 Canada |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 04, 2025 |
| **Applicant's Tracking Number:** | ST2025040403 |



## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Shane Turner

                                           Plaintiff,

v.
                                                    Case No.:
1:26–cv–04138

Honorable April M. Perry

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 30, 2026:

       MINUTE entry before the Honorable April M. Perry: Notice of Voluntary Dismissal [25] is acknowledged. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this case is dismissed without prejudice. Any or all previously set deadlines/hearings to be struck. Civil case terminated. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.